IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCHIE FARMER,

    Defendant.

Case No. 11-cr-40073-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Franchie Farmer's motion in which she requests copies of her transcripts, indictment, and superseding indictment (Doc. 112).

Defendants have no constitutional right to a complimentary copy of any document in their court files.  See *United States v. Groce*, 838 F. Supp. 411, 413-14 (E.D. Wis. 1993).  Before providing copies free of charge or otherwise making portions of the record available to a prisoner, a district court may require that the requestor: (1) show that he is unable to pay for copies (*i.e.*, through a certified record of his prison account), (2) show that he has exhausted *all* other means of access to his files (*i.e.*, through his trial or appellate counsel), and (3) make some showing as to the purpose for which the transcripts are sought.  See *United States v. Wilkinson*, 618 F.2d 1215, 1218 n.3 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 417.

Farmer has failed to attach a certified record of her prison account to show that she is unable to pay for the requested copies.  Accordingly, the Court **DENIES** Farmer's motion for copies (Doc. 112).

**IT IS SO ORDERED.**

**DATED:** October 28, 2013

                                                  s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**